STATE OF NEW JERSEY v. JAMES PHILLIPS.

July 8, 1980.

Petition for certification denied. (See 166 *N.J.Super.* 153)

STATE OF NEW JERSEY v. EDWARD MATHIS.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN LOUIS CAHILL.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL E. LASWELL.

July 8, 1980.

Petition for certification denied.

LOUISE WAGNER v. EDWARD A. WAGNER.

July 8, 1980.

Petition for certification denied.